AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

**JOSIE COPELAND,**

        Plaintiff,

        V.                              CASE NUMBER: **06-C-639**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the Commissioner's Decision is VACATED. This matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g).**

**Plaintiff's Motion for Attorney Fees is GRANTED in the sum of $6,731.25.**

**This action is hereby DISMISSED.**

    **January 22, 2008**                                  **JON W. SANFILIPPO**
Date                                                              Clerk

                                                                     s/ Linda M. Zik
                                                                     (By) Deputy Clerk